```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

JIBREEL A. RASHAD                                         PETITIONER

vs.                          CIVIL ACTION NO. 3:13-cv-852-DCB-MTP

BONITA MOSELY                                             RESPONDENT

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation **[docket entry 17]** of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and that Petitioner's Amended Petition **[3]** for Writ of Habeas Corpus under 28 U.S.C. §2241, his Motion **[11]** to stay proceedings, and his Motion **[15]** to Respond, are **DENIED** and this case is dismissed with prejudice.

A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 19th day of December, 2014.

                                          s/David Bramlette
                                      UNITED STATES DISTRICT JUDGE