```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION


JIBREEL A. RASHAD                                    PETITIONER

VS.                         CIVIL ACTION NO. 3:13-cv-852(DCB)(MTP)

BONITA MOSELY                                        RESPONDENT
```

## ORDER

This cause is before the Court on the petitioner Jibreel A. Rashad's "Motion for Resettlement and Restorative In Lieu Of Notice Of Default And Of None Res Judicata" **(docket entry 27)**.  Having carefully reviewed the motion, the Court finds as follows:

Magistrate Judge Michael T. Parker rendered a Report and Recommendation in this case on November 14, 2014.  No objection thereto was filed by the Petitioner.  By Order and Judgment dated December 19, 2014, and filed December 22, 2014, the Court adopted Magistrate Judge Parker's Report and Recommendation and dismissed the Petitioner's case.  On December 23, 2014, the Petitioner filed an out-of-time objection or motion to reconsider, which the Court denied as not responsive to the Report and Recommendation or the Order and Judgment of this Court.  The petitioner's present motion falls into the same category.  Rashad complains that he is currently housed in the Elkton Federal Correctional Institution in Lisbon, Ohio, and seeks a transfer to a federal institution in Texas.  The motion fails to state any grounds for relief which this Court can provide.  Accordingly,

IT IS HEREBY ORDERED that the petitioner Jibreel A. Rashad's "Motion for Resettlement and Restorative In Lieu Of Notice Of Default And Of None Res Judicata" **(docket entry 27)** is DENIED.

SO ORDERED, this the 24th day of March, 2015.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE